**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDICIAL WATCH, INC., | * |
| Plaintiff | * |
| v. | *   Case No.: 1:17-Civ-02006-ELH |
| LINDA H. LAMONE, *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Montgomery County Board of Elections, one of the Defendants, by KARPINSKI, COLARESI & KARP, P.A. and KEVIN KARPINSKI, its attorneys, _____

Respectfully submitted,

KARPINSKI, COLARESI & KARP, P.A.

BY: _____/s/_____
KEVIN KARPINSKI, #11849
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202
410-727-5000
Kevin@bkcklaw.com
Attorneys for Defendant MCBOE

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2017, a copy of the foregoing was sent by first class mail, postage prepaid, to:

Robert D. Popper, Esquire
Paul J. Orfanedes, Esquire
Ramona R. Cotca, Esquire
JUDICIAL WATCH, INC.
425 Third Street SW
Suite 800
Washington, DC 20024

___/s/___
Counsel for Defendant MCBOE
