IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:17-cv-02006-ELH |
| LINDA H. LAMONE, *et al.* | * | |
| Defendants | * | |

## ORDER

Upon consideration of Plaintiff and Defendants' Consent Motion for Extension of Time (ECF 21), it is this 6th day of Oct, 2017, by the United States District Court for the District of Maryland,

**ORDERED**, that the Consent Motion **BE** and is hereby **GRANTED** and Plaintiff Judicial Watch, Inc., shall have until and including October 27, 2017 to file its Response to Defendants JAMES SHALLECK, in his official capacity as President of the Montgomery County Board of Elections, NAHID KHOZEIMEH, in her official capacity as Vice-President of the Montgomery County Board of Elections, MARY ANN KEEFFE, in her official capacity as Secretary of the Montgomery County Board of Elections, ALEXANDER VINCENT, in his official capacity as Member of the Montgomery County Board of Elections, DAVID NAIMON, in his official capacity as Member of the Montgomery County Board of Elections and JACQUELINE PHILLIPS, in her official capacity as Substitute Board Member of the Montgomery County Board of Elections' Motion to Dismiss.

_____
The Honorable Ellen L. Hollander