IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUDICIAL WATCH, Inc.
    *Plaintiff*,

v.

LINDA LAMONE, *et al.*

    *Defendants*.

Civil Action No. ELH-17-2006

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 4th day of June, 2018, by the United States District Court for the District of Maryland, **ORDERED**:

1) The Motion to Dismiss filed by the State Defendants (ECF 19) is **DENIED**;

2) The Motion to Dismiss filed by the County Defendants (ECF 20), *i.e.*, Shalleck, Khozeimeh, Keeffe, Vincent, Naimon, and Phillips, is **GRANTED**, without prejudice.

                                                       /s/
                                    Ellen Lipton Hollander
                                    United States District Judge