IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | * | |
| *Plaintiff* | * | |
| v. | * | Case No. 17-cv-2006-EH |
| LINDA H. LAMONE, et al., | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## INDEX OF EXHIBITS

1. Declaration of Andrea W. Trento.

    Ex. A.  Defendants' Second Supplemented and Amended Answers to Plaintiff's Second Set of Interrogatories.

    Ex. B.  Tr. of the Dep. of Mary C. Wagner (30(b)(6)) (pages 1-7, 15-18, 25-27, 45-47, 64-66, and 72-75).

    Ex. C.  Tr. of the Dep. of Janet Smith (pages 1-7, 11-15, 21-33, 51-58, 67-72, and 76-77).

    Ex. D.  State of Maryland Application for Voter Registration Data.

2. Declaration of Mary C. Wagner.

3. Declaration of Janet Smith.

4. Declaration of Jared DeMarinis.

                                            BRIAN E. FROSH
                                            Attorney General of Maryland

                                            */s/ Andrea W. Trento*
                                            ROBERT A. SCOTT (Fed. Bar # 24613)
                                            ANDREA W. TRENTO (Fed. Bar # 28816)
                                            Assistant Attorneys General
                                            Office of the Attorney General
                                            Civil Division
                                            200 St. Paul Place
                                            Baltimore, Maryland  21202
                                            rscott@oag.state.md.us
                                            (410) 576-7055; (410) 576-6955 (fax)

Dated:  March 11, 2019                Attorneys for Defendants