IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDICIAL WATCH, Inc.<br>*Plaintiff*,<br><br>v.<br><br>LINDA LAMONE, *et al.*<br>*Defendants*. | Civil Action No. ELH-17-2006 |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 8th day of August, 2019, by the United States District Court for the District of Maryland, **ORDERED**:

1) Plaintiff's motion for summary judgment (ECF 43) is **GRANTED** in part and **DENIED** in part:

   a. The motion is granted as to plaintiff's request for production of a voter list for Montgomery County that includes fields indicating name, home address, most recent voter activity, and active or inactive status; and

   b. The motion is denied as to plaintiff's request for production of a voter list for Montgomery County that includes a field indicating date of birth;

2) Defendants' cross-motion for summary judgment (ECF 49) is **DENIED**; and

3) By August 22, 2019, the parties shall submit, preferably jointly, a proposed schedule regarding briefing as to the issue of access to dates of birth of Montgomery County voters.

                                                                       /s/
                                      Ellen Lipton Hollander
                                      United States District Judge